| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Duane Thomas Edmonds** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | |
| Case number | **19-50710** | |
| (if known) | | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital One Auto Finance**<br><br>Description of property securing debt: **2008 BMW 535i** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Carrington Mortgage Svs LLC**<br><br>Description of property securing debt: **3 Herring Place Hampton, VA 23666  Hampton City County Residence**<br>**Legal Description: WESTVIEW LAKES 4B PHASE 1 L14. Parcel/Tax ID No: 5000578** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**MAKE PAYMENTS** | ■ No<br><br>☐ Yes |
| Creditor's name: **Franklin Credit Management Cor** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ■ No<br><br>☐ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

| Debtor 1 | Duane Thomas Edmonds | | Case number (*if known*) | 19-50710 |
|---|---|---|---|---|

| Description of property securing debt: | 3 Herring Place Hampton, VA 23666  Hampton City County Residence<br>Legal Description: WESTVIEW LAKES 4B PHASE 1 L14.<br>Parcel/Tax ID No: 5000578 | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Try to work out Loan Modification** | |

| Creditor's name: | **Langley Federal Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2015 Honda Accord** | | |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X | **/s/ Duane Thomas Edmonds** | X | |
|---|---|---|---|
| | Duane Thomas Edmonds | | Signature of Debtor 2 |

| Debtor 1 | **Duane Thomas Edmonds** | Case number *(if known)* | **19-50710** |

Signature of Debtor 1

Date    **May 23, 2019**                                       Date

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Duane Thomas Edmonds**                                    Case No.  **19-50710**
                                              Debtor(s)                                           Chapter  **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]
- [ ] Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- [ ] Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- [ ] Schedule A/B – Property
- [ ] Schedule C – The Property You Claim as Exempt
- [ ] Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- [ ] Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)
- [ ] Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  *($31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [ ] **Creditor(s) added**       ☐ **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G – Executory Contracts and Unexpired Leases
- [ ] Schedule H – Codebtors
- [ ] Schedule I – Your Income
- [ ] Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- [ ] Statement of Financial Affairs
- [x] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- [ ] Attorney's Disclosure of Compensation
- [ ] Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  **Langley Federal Credit Union**  .

Date: **May 24, 2019**

/s/ Carolyn Bedi
**Carolyn Bedi**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:  **90545 VA**
Mailing Address:  **Bedi Legal, P.C.**
**501 Independence Pkwy., Ste 102**
**Chesapeake, VA 23320**
Telephone No.:  **757-222-5842**

[amendcs ver. 12/16]

I, **Duane Thomas Edmonds**  certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date:  **May 23, 2019**                              **/s/ Duane Thomas Edmonds**